# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

FRANKLYN CELINO MARCIA,

Plaintiff,

v. Case No.: 6:25-cv-01533-JSS-LHP

AMERICAN CREDIT ACCEPTANCE, LLC,

Defendant,

---

## ORDER

Before the Court is Plaintiff's Time-Sensitive Renewed Motion to Proceed in Forma Pauperis in Connection with Pending Request for U.S. Marshal Service Under 9 U.S.C. § 12, Clarification of Doc. 18, and Request for Prompt Ruling on Pending Marshal Service Request. Doc. No. 22. Although the motion states that it is opposed, Defendant has not timely responded. Local Rule 3.01(c), (d). Nonetheless, the motion will be denied without prejudice.

Specifically, Plaintiff says that his pending Protective Motion to Vacate Portions of Arbitration Award Under 9 U.S.C. §§ 10(a)(3), 10(a)(4), and 12, and Incorporated Memorandum of Law (Doc. No. 19) contains a request under 9 U.S.C. § 12 that the motion be served on Defendant, which is located out of state, by the United States Marshal Service. Doc. No. 22. Plaintiff seeks to proceed as a pauper

related to that service. *Id.* However, Defendant has already appeared in this case (indeed, Defendant removed the case to this Court, *see* Doc. No. 1), and Defendant has already responded to Plaintiff's Protective Motion. *See* Doc. No. 21. Under these circumstances, Plaintiff has not demonstrated that leave to proceed as a pauper to accomplish service of the Protective Motion (Doc. No. 19) on Defendant by the United States Marshal Service is necessary at this time. *Cf. Davis v. Sathre*, No. 2:25-CV-02597-APG-MDC, 2026 WL 1650907, at *4 n.5 (D. Nev. June 8, 2026) ("Section 12 of the FAA requires that United States marshals serve petitions to vacate an arbitration award on respondents who do not reside in the district where the award was made . . . . [T]he respondents did not challenge service on the grounds that it was not made by a marshal, and challenges to service are waived unless timely and properly raised. Fed. R. Civ. P. 12(h). Therefore, the respondents have waived challenging service based on the marshal requirement . . . .").

Based thereon, Plaintiff's Time-Sensitive Renewed Motion to Proceed in Forma Pauperis in Connection with Pending Request for U.S. Marshal Service Under 9 U.S.C. § 12, Clarification of Doc. 18, and Request for Prompt Ruling on Pending Marshal Service Request (Doc. No. 22) is **DENIED without prejudice**. If Plaintiff renews the motion, he must include citation to legal authority demonstrating that the requested relief of proceeding as a pauper is both appropriate and necessary under the particular circumstances of this case,

including where the party Plaintiff wishes to serve has already been served and responded to the motion at issue. This Order speaks to Plaintiff's request to proceed *in forma pauperis* alone (Doc. No. 22), and does not in any way speak to the Protective Motion (Doc. No. 19), which remains pending before the presiding District Judge.

**DONE** and **ORDERED** in Orlando, Florida on October 2, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties